**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**EDWARD F. HELD**                                                         **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:10cv539HSO-JMR**

**MICHAEL J. ASTRUE,**                                            **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and

Recommendation of Chief United States Magistrate John M. Roper [13-1] entered in

this cause on November 16, 2011.  The Court, having adopted said Report

Recommendation as the finding of this Court by Order entered this date, finds that

this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's

Motion to Dismiss [11-1] is **GRANTED**, and this matter is **DISMISSED**

**WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 16th day of December, 2011.


*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE